```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____
```

CHRISTOPHER E. CLARK,

                Plaintiff,        06-CV-6388T

      v.                       **DECISION**
                                         **and ORDER**

WETM TV, CLEAR CHANNEL TELEVISION, INC.,
RANDY REID, and SCOTT IDDINGS,

                Defendants.
_____

     Plaintiff Christopher Clark, proceeding pro se, a former employee of defendant WETM TV, a television station located in Elmira, New York, brings this action pursuant to Title VII of the Civil Rights Act of 1964 claiming that he was unlawfully discriminated against on the basis of his gender. Specifically, plaintiff alleges that he was treated differently than similarly situated female employees, and was ultimately fired from his job because of his gender.

     Defendants deny plaintiff's allegations, and individual defendants Randy Reid ("Reid") and Scott Iddings ("Iddings") move to dismiss plaintiff's claims pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on grounds that plaintiff's claims against them fail to state a cause of action. Specifically, defendants Reid and Iddings contend that because Title VII does not allow for individual liability in employment discrimination cases, plaintiff's claims against them must be dismissed. Plaintiff has not opposed defendants' motion.

It is well settled that individuals may not be held liable for damages under Title VII.  <u>See</u> <u>Tomka v. Seiler Corp</u>., 66 F.3d 1295, 1313 (2d Cir. 1995)(holding that individuals are not subject to liability under Title VII).  Accordingly, I grant defendants' motion, and dismiss plaintiff's federal claims against defendants Reid and Iddings.

       ALL OF THE ABOVE IS SO ORDERED.

                                S/ Michael A. Telesca

                                  MICHAEL A. TELESCA
                            United States District Judge

Dated:    Rochester, New York
          March 1, 2007